STATE OF CONNECTICUT *v.* FRANK BENJAMIN

The defendant's motion for a review of the order of the trial court on his motion to reduce his bond in the appeal from the Superior Court in New Haven County is granted; the relief sought therein and the defendant's motion to expedite consideration of the motion to review are both denied.

*John R. Williams,* in support of the motions.